IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NECHOLAS NOEL and CARTION NOEL,<br><br>Appellants,<br><br>v.<br><br>ONEWEST BANK F/D/B/A INDYMAC BANK,<br><br>Appellee. | CIVIL ACTION<br>NO. 14-2899<br><br>14-2335-file |

## ORDER

**AND NOW**, this 12th day of March 2015, upon consideration of Appellants' Brief (Doc. No. 5), Appellee's Response (Doc. No. 6), and Appellants' Reply (Doc. No. 7), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Bankruptcy Court's Order of March 12, 2014 dismissing the Noels' Adversary Case with Prejudice is **AFFIRMED**. It is **FURTHER ORDERED** that this Court does not have jurisdiction to consider the propriety of the sanctions award found in the Bankruptcy Court's Order, and for this reason, the appeal of the sanctions award is **DENIED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.